COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Case numbers:  01-11-00311-CR
                011-00312-CR

Style:      *Ranfery Palacios v. The State of Texas*

Date motion filed:     April 12, 2013

Party filing motion:   Appellant

Document to be filed: Supplemental brief

**It is ordered** that appellant's motion for extension of time to file supplemental brief is **dismissed as moot**.  Defense counsel filed the supplemental brief on April 3, 2013.

Judge's signature: /s/ Jane Bland
                    Jane Bland
                    Acting individually

                    Panel consists of Justices Jennings, Bland, and Massengale.

Date: April 17, 2013